UNITED STATES DISTRICT COURT

District of Maine

| | |
|---|---|
| **PETER LEWIS GORDON,**          )<br>                                                     )<br>          **Plaintiff**                        )<br>**v.**                                                )<br>                                                     )     **\*\*Civil No. 08-116-B-S**<br>**STATE OF MAINE DEPARTMENT** )<br>**OF CORRECTIONS,**              )<br>                                                     )<br>          **Defendant**                     )<br>                                                     ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 15, 2008, his Recommended Decision (Docket No. 14).  Plaintiff Peter Lewis Gordon filed his Objection to the Recommended Decision (Docket No. 16) on May 20, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's motion for leave to amend complaint (Docket No. 9) is **DENIED**.

3.  It is hereby **ORDERED** that Plaintiff's complaint (Docket No. 1) is **DISMISSED** without prejudice to his ability to bring the action against a person or entity that is an appropriate party for the harm alleged.

                                    /s/George Z. Singal_____
                                    Chief U.S. District Judge

Dated: May 22, 2008